B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of New York

In re  Polonia Towers LLC _____ ,                  Case No.  14-44562-ess  _____.

_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  Mar-15 _____                      Date filed:  09/05/2014 _____

Line of Business:    Restoration Services & Real Estate          NAISC Code:  _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____

Original Signature of Responsible Party

Gerardo Sanchez, Managing Member

_____

Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☑ | ☐ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME**  $      7,500.00

#### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 16,315.35 |
| Cash on Hand at End of Month | $ | 6,409.49 |

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL**  $      5,809.49

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES**  $      17,405.86

*(Exhibit C)*

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 7,500.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 17,405.86 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -9,905.86 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL PAYABLES** | $ | 96,660.00 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL RECEIVABLES** | $ | 18,050.00 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 1,000.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                          $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                        $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                     $

SEE ATTACHED

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

EXHIBIT D

In re Polonia Towers LLC
Debtor

Case No. 44-44562
Reporting Period:  Mar-15

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | | | Number of Days Past Due | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | 10029 | 10029 | 10029 | 10029 | 40116 | 80232 |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | 1000 | 1000 | 1000 | 3000 |
| Real Estate Taxes | 1500 | 1500 | 1500 | 1500 | 6000 | 12000 |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| Insur,R&M,AutoExp,MngmntFees,Etc | 1428 | | | | | 1428 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | 12957 | 11529 | 12529 | 12529 | 47116 | 96660 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

FORM MOR-4 (RE)
2/2008
PAGE 1 OF 1

**Polonia Towers, LLC**

**Accounts Receivable as of 3/31/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| Unpaid Rents as of 3/31/15 | | $ 11,050.00 | | | | |
| Construction Related: | | | | | | |
| Remco | $ 7,000.00 | | | | | |
| Lend Lease | $ ., 00.00 | $ 7,000.00 | | | | |
| | | | | | | |
| Total | | $ 18,050.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | x |

**Polonia Towers LLC DIP**

Projected P and L 11/13/2014

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Rental Income** | $194,100 | $207,000 | $216,630 | $226,742 | $237,359 |
| Less: 5% Res & 10% Comm Vacancy Factors | $13,845 | $12,090 | $12,623 | $13,182 | $13,769 |
| **Net Rental Income** | $180,255 | $194,910 | $204,007 | $213,560 | $223,590 |
| | | | | | |
| **Expenses** | | | | | |
| Utilities | | | | | |
| Real Estate Taxes | $9,800 | $9,996 | $10,196 | $10,400 | $10,608 |
| Insurance | $26,568 | $27,099 | $27,641 | $28,194 | $28,758 |
| Elevator Maintenance | $6,200 | $6,324 | $6,450 | $6,579 | $6,711 |
| Elevator Repairs Amortization | $4,200 | $4,284 | $4,370 | $4,457 | $4,546 |
| Management Fees-Building Administration | $12,000 | $3,000 | $0 | $0 | $0 |
| Miscellaneous | $7,884 | $8,705 | $9,191 | $9,703 | $10,243 |
| | $2,400 | $2,448 | $2,497 | $2,547 | $2,598 |
| **Total Expenses** | $69,052 | $61,856 | $60,345 | $61,881 | $63,464 |
| | | | | | |
| **Net Operating Income** | $111,203 | $133,054 | $143,682 | $151,679 | $160,126 |
| | | | | | |
| **Debt Service** | | | | | |
| Conventional 1st Mortgage ($926,000@ 6.00% & 30Yr Amort) | $66,624 | $66,624 | $66,624 | $66,624 | $66,624 |
| Section 108 2nd Mortgage ($750,000 @ 3.29% & 18 Yr Amort) | $55,314 | $55,314 | $55,314 | $55,314 | $55,314 |
| **Total Debt Service** | $121,938 | $121,938 | $121,938 | $121,938 | $121,938 |
| | | | | | |
| **Net Income** | ($10,735) | $11,116 | $21,724 | $29,741 | $38,188 |
| | | | | | |
| If amortization extended to 30 years & rate increased | | | | | |
| to 3.79% the annual payment would be $41,885= $13,429 less/yr | $13,429 | $13,429 | $13,429 | $13,429 | $13,429 |
| **Adjusted Net Income** | $2,694 | $24,545 | $35,153 | $43,170 | $51,617 |

te:Cost of coversion of 7th & 8th floors from commercial
to residential is estimated to be $20,000.

Polonia Towers LLC DIP Rent Roll 11/13/2014



| Unit # | Type | BR | SF | Annual Rent 1st Year | Monthly Rent | Annual Rent 1st Year | Year #2- Monthly Rent | Annual Rent 2nd Year | Annual Rent 3rd Year | Annual Rent 4th Year | Annual Rent 5th Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Residential** | | | | | | | | | | | |
| 3A | Apartment | 1 | 838 | $10,800 | $900 | $10,800 | $1,100 | $13,200 | $13,860 | $14,553 | $15,281 |
| 3B | Apartment | 2 | 1059 | $13,200 | $1,100 | $13,200 | $1,400 | $16,800 | $17,640 | $18,522 | $19,448 |
| 4A | Apartment | 1 | 838 | $13,200 | $1,100 | $13,200 | $1,100 | $13,200 | $13,860 | $14,553 | $15,281 |
| 4B | Apartment | 2 | 1059 | $16,800 | $1,400 | $16,800 | $1,400 | $16,800 | $17,640 | $18,522 | $19,448 |
| 5A | Apartment | 1 | 838 | $10,800 | $900 | $10,800 | $1,100 | $13,200 | $13,860 | $14,553 | $15,281 |
| 5B | Apartment | 2 | 1059 | $18,900 | $1,575 | $18,900 | $1,575 | $18,900 | $19,845 | $20,837 | $21,879 |
| 6A | Apartment | 1 | 838 | $13,200 | $1,100 | $13,200 | $1,100 | $13,200 | $13,860 | $14,553 | $15,281 |
| 6B | Apartment | 2 | 1059 | $14,400 | $1,200 | $14,400 | $1,575 | $18,900 | $19,845 | $20,837 | $21,879 |
| 7th ** | Apartment | 3 | 2600 | $0 | $0 | $0 | $2,500 | $30,000 | $31,500 | $33,075 | $34,729 |
| 8th ** | Apartment | 1 | 1360 | $0 | $0 | $0 | $1,500 | $18,000 | $18,900 | $19,845 | $20,837 |
| | | | Total | | $9,275 | $111,300 | $14,350 | $172,200 | $180,810 | $189,851 | $199,343 |
| **Commercial- See Notes 1&2** | | | | | | | | | | | |
| 1st Floor | Commercial | | 1,218 | $12,000 | $1,000 | $12,000 | $1,000 | $12,000 | $12,600 | $13,230 | $13,892 |
| 2nd Floor | Commercial | | 434 | $6,000 | $500 | $6,000 | $500 | $6,000 | $6,300 | $6,615 | $6,946 |
| 7th ** | To be | | 2600 | $30,000 | $2,500 | $30,000 | $0 | $0 | $0 | $0 | $0 |
| 8th ** | converted | | 1360 | $18,000 | $1,500 | $18,000 | $0 | $0 | $0 | $0 | $0 |
| Basement | Commercial | | 2,655 | $2,400 | $200 | $2,400 | $200 | $2,400 | $2,520 | $2,646 | $2,778 |
| Roof | Antenna | | | $14,400 | $1,200 | $14,400 | $1,200 | $14,400 | $14,400 | $14,400 | $14,400 |
| | | | Total | | $6,900 | $82,800 | $2,900 | $34,800 | $35,820 | $36,891 | $38,016 |
| **Grand Total** | | | | | $16,175 | $194,100 | $17,250 | $207,000 | $216,630 | $226,742 | $237,359 |
| Includes 5% increase | | | | | | | | | | | |
| Vacancy Factor: 5% | | | | | | $5,565 | | $8,610 | $9,041 | $9,493 | $9,967 |
| Vacancy Factor: 10% | | | | | | $8,280 | | $3,480 | $3,552 | $3,689 | $3,802 |
| al | | | | | | $13,845 | | $12,090 | $12,623 | $13,182 | $13,769 |

2:30 PM

04/08/15

# Polonia Towers, LLC  DIP
# Reconciliation Summary
### Polonia Towers LLC DIP, Period Ending 03/31/2015

|  | Mar 31, 15 |
|---|---|
| **Beginning Balance** | 16,315.35 |
| **Cleared Transactions** | |
| Checks and Payments - 46 items | -17,405.86 |
| Deposits and Credits - 9 items | 7,500.00 |
| **Total Cleared Transactions** | -9,905.86 |
| **Cleared Balance** | 6,409.49 |
| **Register Balance as of 03/31/2015** | 6,409.49 |
| **New Transactions** | |
| Checks and Payments - 1 item | -600.00 |
| **Total New Transactions** | -600.00 |
| **Ending Balance** | 5,809.49 |

2:30 PM

04/08/15

# Polonia Towers, LLC DIP
# Reconciliation Detail
## Polonia Towers LLC DIP, Period Ending 03/31/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 16,315.35 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 46 items** | | | | | | |
| Check | 03/01/2015 | 152 | Gerardo Sanchez | X | -400.00 | -400.00 |
| Check | 03/01/2015 | 151 | Luis Roman | X | -368.00 | -768.00 |
| Check | 03/01/2015 | 148 | Gerardo Contreras | X | -200.00 | -968.00 |
| Check | 03/01/2015 | 149 | Julio Loayza | X | -160.00 | -1,128.00 |
| Check | 03/02/2015 | | The Blue Book | X | -176.66 | -1,304.66 |
| Check | 03/02/2015 | | Valero | X | -33.40 | -1,338.06 |
| Check | 03/02/2015 | | queensboroca | X | -25.04 | -1,363.10 |
| Check | 03/03/2015 | | Hess | X | -37.15 | -1,400.25 |
| Check | 03/05/2015 | 147 | Ghib International L... | X | -487.50 | -1,887.75 |
| Check | 03/05/2015 | | Staples | X | -99.33 | -1,987.08 |
| Check | 03/05/2015 | | NYC Dot Parking | X | -1.00 | -1,988.08 |
| Check | 03/06/2015 | | O & R Utility | X | -1,165.61 | -3,153.69 |
| Check | 03/06/2015 | 50003 | Maritza Alvarez | X | -481.22 | -3,634.91 |
| Check | 03/06/2015 | 50002 | Maritza Alvarez | X | -481.20 | -4,116.11 |
| Check | 03/06/2015 | | Schindler Elevator ... | X | -361.71 | -4,477.82 |
| Check | 03/09/2015 | 153 | Elegant Concrete | X | -4,848.00 | -9,325.82 |
| Check | 03/10/2015 | 50005 | Maritza Alvarez | X | -481.22 | -9,807.04 |
| Check | 03/10/2015 | 50004 | Maritza Alvarez | X | -481.22 | -10,288.26 |
| Check | 03/10/2015 | | ADP | X | -191.68 | -10,479.94 |
| Check | 03/10/2015 | | ADP | X | -191.68 | -10,671.62 |
| Check | 03/10/2015 | | ADP | X | -72.81 | -10,744.43 |
| Check | 03/10/2015 | | NYC Dot Parking | X | -1.00 | -10,745.43 |
| Check | 03/12/2015 | | ADP | X | -383.36 | -11,128.79 |
| Check | 03/12/2015 | | ADP | X | -54.96 | -11,183.75 |
| Check | 03/16/2015 | | David Check | X | -650.00 | -11,833.75 |
| Check | 03/16/2015 | | Staples | X | -239.51 | -12,073.26 |
| Check | 03/18/2015 | | Exxon Mobil | X | -36.01 | -12,109.27 |
| Check | 03/19/2015 | | BKW Env East | X | -2,000.00 | -14,109.27 |
| Check | 03/19/2015 | | ADP | X | -435.27 | -14,544.54 |
| Check | 03/19/2015 | | Time Warner | X | -287.89 | -14,832.43 |
| Check | 03/19/2015 | | ADP | X | -62.65 | -14,895.08 |
| Check | 03/20/2015 | 50006 | Maritza Alvarez | X | -911.73 | -15,806.81 |
| Check | 03/20/2015 | | ADP | X | -197.50 | -16,004.31 |
| Check | 03/21/2015 | 156 | Gerardo Contreras | X | -480.00 | -16,484.31 |
| Check | 03/23/2015 | | Exxon Mobil | X | -27.00 | -16,511.31 |
| Check | 03/25/2015 | | Concrete Polishing ... | X | -160.00 | -16,671.31 |
| Check | 03/25/2015 | | Valero | X | -34.00 | -16,705.31 |
| Check | 03/27/2015 | | Dash Lock Key Ser... | X | -129.75 | -16,835.06 |
| Check | 03/27/2015 | | ADP | X | -98.75 | -16,933.81 |
| Check | 03/27/2015 | | Exxon Mobil | X | -40.00 | -16,973.81 |
| Check | 03/27/2015 | | Ayres & Galloway | X | -21.60 | -16,995.41 |
| Check | 03/30/2015 | | Lukoil | X | -33.14 | -17,028.55 |
| Check | 03/30/2015 | | Parking Garage | X | -29.00 | -17,057.55 |
| Check | 03/31/2015 | | Deposit | X | -325.00 | -17,382.55 |
| Check | 03/31/2015 | | Deposit | X | -15.00 | -17,397.55 |
| Check | 03/31/2015 | | Amazon | X | -8.31 | -17,405.86 |
| | **Total Checks and Payments** | | | | -17,405.86 | -17,405.86 |
| **Deposits and Credits - 9 items** | | | | | | |
| Deposit | 03/03/2015 | | Deposit | X | 1,200.00 | 1,200.00 |
| Deposit | 03/04/2015 | | Deposit | X | 1,200.00 | 2,400.00 |
| Deposit | 03/05/2015 | | Deposit | X | 1,250.00 | 3,650.00 |
| Deposit | 03/17/2015 | | Deposit | X | 300.00 | 3,950.00 |
| Deposit | 03/17/2015 | | Deposit | X | 300.00 | 4,250.00 |
| Deposit | 03/17/2015 | | Deposit | X | 1,000.00 | 5,250.00 |
| Deposit | 03/20/2015 | | Deposit | X | 1,600.00 | 6,850.00 |

2:30 PM
04/08/15

# Polonia Towers, LLC  DIP
# Reconciliation Detail
## Polonia Towers LLC DIP, Period Ending 03/31/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 03/25/2015 | | Deposit | X | 325.00 | 7,175.00 |
| Deposit | 03/27/2015 | | Deposit | X | 325.00 | 7,500.00 |
| Total Deposits and Credits | | | | | 7,500.00 | 7,500.00 |
| Total Cleared Transactions | | | | | -9,905.86 | -9,905.86 |
| Cleared Balance | | | | | -9,905.86 | 6,409.49 |
| Register Balance as of 03/31/2015 | | | | | -9,905.86 | 6,409.49 |
| New Transactions | | | | | | |
| Checks and Payments - 1 item | | | | | | |
| Check | 04/08/2015 | | Tranfer | | -600.00 | -600.00 |
| Total Checks and Payments | | | | | -600.00 | -600.00 |
| Total New Transactions | | | | | -600.00 | -600.00 |
| Ending Balance | | | | | -10,505.86 | 5,809.49 |

## Polonia Towers, LLC  DIP

4/8/2015 2:55 PM

Register: Polonia Towers LLC DIP
From 03/01/2015 through 03/31/2015
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/01/2015 | 148 | Gerardo Contreras | Repairs and Maintenance | | 200.00 | X | | 16.115.35 |
| 03/01/2015 | 149 | Julio Loayza | Repairs and Maintenance | | 160.00 | X | | 15,955.35 |
| 03/01/2015 | 150 | Void | Miscelaneous | | | X | | 15,955.35 |
| 03/01/2015 | 151 | Luis Roman | Repairs and Maintenance | | 368.00 | X | | 15,587.35 |
| 03/01/2015 | 152 | Gerardo Sanchez | Repairs and Maintenance | For Henrry | 400.00 | X | | 15,187.35 |
| 03/02/2015 | | The Blue Book | Office Expense | | 176.66 | X | | 15,010.69 |
| 03/02/2015 | | Valero | Transportation Expense | | 33.40 | X | | 14,977.29 |
| 03/02/2015 | | queensboroca | Transportation Expense | | 25.04 | X | | 14,952.25 |
| 03/03/2015 | | Deposit | Rent Income | T-Mobil | | X | 1,200.00 | 16,152.25 |
| 03/03/2015 | | Hess | Transportation Expense | | 37.15 | X | | 16,115.10 |
| 03/04/2015 | | Deposit | Rent Income | Mr dave Little-... | | X | 1,200.00 | 17,315.10 |
| 03/05/2015 | | Deposit | Rent Income | Adam | | X | 1,250.00 | 18,565.10 |
| 03/05/2015 | | Staples | Office Expense | | 99.33 | X | | 18,465.77 |
| 03/05/2015 | | NYC Dot Parking | Transportation Expense | | 1.00 | X | | 18,464.77 |
| 03/05/2015 | 147 | Ghib International L... | Office Expense | | 487.50 | X | | 17,977.27 |
| 03/06/2015 | | O & R Utility | Utilities | Conf. #: 20221... | 1,165.61 | X | | 16,811.66 |
| 03/06/2015 | | Schindler Elevator C... | Repairs and Maintenance | | 361.71 | X | | 16,449.95 |
| 03/06/2015 | 50002 | Maritza Alvarez | Payroll Expenses | | 481.20 | X | | 15,968.75 |
| 03/06/2015 | 50003 | Maritza Alvarez | Payroll Expenses | | 481.22 | X | | 15,487.53 |
| 03/09/2015 | 153 | Elegant Concrete | sub-Contract | | 4,848.00 | X | | 10,639.53 |
| 03/10/2015 | | ADP | Taxes | | 191.68 | X | | 10,447.85 |
| 03/10/2015 | | ADP | Taxes | | 191.68 | X | | 10,256.17 |
| 03/10/2015 | | ADP | Taxes | | 72.81 | X | | 10,183.36 |
| 03/10/2015 | | NYC Dot Parking | Transportation Expense | | 1.00 | X | | 10,182.36 |
| 03/10/2015 | 50004 | Maritza Alvarez | Payroll Expenses | | 481.22 | X | | 9,701.14 |
| 03/10/2015 | 50005 | Maritza Alvarez | Payroll Expenses | | 481.22 | X | | 9,219.92 |
| 03/12/2015 | | ADP | Taxes | | 383.36 | X | | 8,836.56 |
| 03/12/2015 | | ADP | Taxes | | 54.96 | X | | 8,781.60 |
| 03/16/2015 | | David Check | Repairs and Maintenance | Miguel Ramirez | 650.00 | X | | 8,131.60 |
| 03/16/2015 | | Staples | Office Supplies | | 239.51 | X | | 7,892.09 |
| 03/17/2015 | | Deposit | Rent Income | Nathaniel John... | | X | 300.00 | 8,192.09 |
| 03/17/2015 | | Deposit | Rent Income | Nathaniel John... | | X | 300.00 | 8,492.09 |
| 03/17/2015 | | Deposit | Rent Income | Julie Bertholf-... | | X | 1,000.00 | 9,492.09 |
| 03/18/2015 | | Exxon Mobil | Transportation Expense | | 36.01 | X | | 9,456.08 |
| 03/19/2015 | | BKW Env East | Rental of Equipment | | 2,000.00 | X | | 7,456.08 |
| 03/19/2015 | | ADP | Taxes | | 435.27 | X | | 7,020.81 |
| 03/19/2015 | | Time Warner | Office Expense | | 287.89 | X | | 6,732.92 |
| 03/19/2015 | | ADP | Taxes | | 62.65 | X | | 6,670.27 |
| 03/20/2015 | | Deposit | Rent Income | Sott Yost- ck 124 | | X | 1,600.00 | 8,270.27 |
| 03/20/2015 | | ADP | Taxes | | 197.50 | X | | 8,072.77 |

## Polonia Towers, LLC DIP

4/8/2015 2:55 PM

Register: Polonia Towers LLC DIP

From 03/01/2015 through 03/31/2015

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/20/2015 | 50006 | Maritza Alvarez | Payroll Expenses | | 911.73 | X | | 7,161.04 |
| 03/21/2015 | 156 | Gerardo Contreras | Repairs and Maintenance | | 480.00 | X | | 6,681.04 |
| 03/23/2015 | | Exxon Mobil | Transportation Expense | | 27.00 | X | | 6,654.04 |
| 03/25/2015 | | Deposit | Rent Income | Nathaniel John... | | X | 325.00 | 6,979.04 |
| 03/25/2015 | | Concrete Polishing ... | Office Expense | | 160.00 | X | | 6,819.04 |
| 03/25/2015 | | Valero | Transportation Expense | | 34.00 | X | | 6,785.04 |
| 03/27/2015 | | Deposit | Rent Income | Nathaniel John... | | X | 325.00 | 7,110.04 |
| 03/27/2015 | | Dash Lock Key Servi... | Repairs and Maintenance | | 129.75 | X | -- | 6,980.29 |
| 03/27/2015 | | ADP | Taxes | | 98.75 | X | | 6,881.54 |
| 03/27/2015 | | Exxon Mobil | Transportation Expense | | 40.00 | X | | 6,841.54 |
| 03/27/2015 | | Ayres & Galloway | Materials | | 21.60 | X | | 6,819.94 |
| 03/30/2015 | | Lukoil | Transportation Expense | | 33.14 | X | | 6,786.80 |
| 03/30/2015 | | Parking Garage | Transportation Expense | | 29.00 | X | | 6,757.80 |
| 03/31/2015 | | Amazon | Office Supplies | | 8.31 | X | | 6,749.49 |
| 03/31/2015 | | Deposit | Rent Income | Return Ck- Nat... | 325.00 | X | | 6,424.49 |
| 03/31/2015 | | Deposit | Rent Income | Return Fee- Na... | 15.00 | X | | 6,409.49 |

APR-09-2015   14:27         POLONIA                           718 728 7750      P.015/032

 **Bank**

America's Most Convenient Bank®                  ℍ        STATEMENT OF ACCOUNT

POLONIA TOWERS LLC                        Page:                      1 of   6
DIP CASE 14-44562 EDNY                    Statement Period:   Mar 01 2015-Mar 31 2015
4502 DITMARS BLVD SUITE 1008              Cust Ref #:
ASTORIA NY  11105                         Primary Account #: 

## Chapter 11 Checking

POLONIA TOWERS LLC
DIP CASE 14-44562 EDNY                                    Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,315.35 | Average Collected Balance | 10,138.50 |
| Deposits | 6,300.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 1,200.00 | Days in Period | 31 |
| Checks Paid | 9,780.09 | | |
| Electronic Payments | 7,285.77 | | |
| Other Withdrawals | 340.00 | | |
| Ending Balance | 6,409.49 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/4 | DEPOSIT | 1,200.00 |
| 3/6 | DEPOSIT | 1,250.00 |
| 3/17 | DEPOSIT | 600.00 |
| 3/18 | DEPOSIT | 1,000.00 |
| 3/20 | DEPOSIT | 1,600.00 |
| 3/25 | DEPOSIT | 325.00 |
| 3/27 | DEPOSIT | 325.00 |
| | Subtotal: | 6,300.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/3 | CCD DEPOSIT, TMOBILEUSA PMD PAYMENT ****23079220150 | 1,200.00 |
| | Subtotal: | 1,200.00 |

**Checks Paid**   No. Checks: 12

For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 3/9 | 147 | 487.50 | 3/23 | 156* | 480.00 |
| 3/4 | 148 | 200.00 | 3/10 | 50002* | 481.20 |
| 3/23 | 149 | 160.00 | 3/10 | 50003 | 481.22 |
| 3/3 | 151* | 368.00 | 3/12 | 50004 | 481.22 |
| 3/3 | 152 | 400.00 | 3/12 | 50005 | 481.22 |
| 3/10 | 153 | 4,848.00 | 3/19 | 50006 | 911.73 |
| | | | | Subtotal: | 9,780.09 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/2 | ACH DEBIT, THE BLUE BOOK INV 1994 00586317 | 176.66 |

**Call 1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:     2 of  6

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance          6,409.49

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    —

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

APR-09-2015  14:27        POLONIA                          718 728 7750    P.017/032



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

POLONIA TOWERS LLC                    Page:                          3 of  6
DIP CASE 14-44562 EDNY                Statement Period:   Mar 01 2015-Mar 31 2015
                                      Cust Ref #:
                                      Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/2 | DEBIT CARD PURCHASE, *****04009307962, AUT 022615 VISA DDA PUR<br>VALERO MAHWAH        MAHWAH      * NJ | 33.40 |
| 3/2 | DEBIT CARD PURCHASE, *****04009307962, AUT 022715 VISA DDA PUR<br>QUEENSBORO CAR WASH      LONG ISLAND C * NY | 25.04 |
| 3/3 | DEBIT CARD PURCHASE, *****04009307962, AUT 030115 VISA DDA PUR<br>HESS 30503        JERSEY CITY  * NJ | 37.15 |
| 3/5 | DEBIT CARD PURCHASE, *****04009307962, AUT 030315 VISA DDA PUR<br>STAPLES     00116020    ASTORIA    * NY | 99.33 |
| 3/5 | DEBIT CARD PURCHASE, *****04009307962, AUT 030415 VISA DDA PUR<br>NYCDOT METERED PARKING     LONG IS CITY * NY | 1.00 |
| 3/6 | DEBIT CARD PURCHASE, *****04009307962, AUT 030515 VISA DDA PUR<br>SCHINDLER ELEVATOR CORP    419 867 5251 * OH | 361.71 |
| 3/10 | ACH DEBIT, O & R UTILITIES BILL PYMT ****059004 | 1,165.61 |
| 3/10 | CCD DEBIT, ADP TX/FINCL SVC ADP - TAX RVZNG 030603A01 | 191.68 |
| 3/10 | CCD DEBIT, ADP TX/FINCL SVC ADP - TAX RVZNG 030604A02 | 191.68 |
| 3/10 | CCD DEBIT, ADP TX/FINCL SVC ADP - TAX ****22485110ZNG | 72.81 |
| 3/10 | DEBIT CARD PURCHASE, *****04009307962, AUT 030915 VISA DDA PUR<br>NYCDOT PARKING METERS     LONG IS CITY * NY | 1.00 |
| 3/12 | CCD DEBIT, ADP TX/FINCL SVC ADP - TAX RVZNG 031005A01 | 383.36 |
| 3/12 | CCD DEBIT, ADP TX/FINCL SVC ADP - TAX ****33794200ZNG | 54.96 |
| 3/16 | DEBIT POS, *****04009307962, AUT 031415 DDA PURCHASE<br>DAVID S CHECK CASHING      ASTORIA    * NY | 650.00 |
| 3/16 | DEBIT POS, *****04009307962, AUT 031415 DDA PURCHASE<br>STAPLES INC        BAYSIDE    * NY | 239.51 |
| 3/18 | DEBIT CARD PURCHASE, *****04009307962, AUT 031615 VISA DDA PUR<br>EXXONMOBIL  47981121    ENGLEWOOD    * NJ | 36.01 |
| 3/19 | DEBIT CARD PURCHASE, *****04009307962, AUT 031815 VISA DDA PUR<br>BKW ENV EAST    7134734445  * PA | 2,000.00 |
| 3/19 | CCD DEBIT, ADP TX/FINCL SVC ADP - TAX RVZNG 032005A01 | 435.27 |
| 3/19 | ELECTRONIC PMT-TEL, TIME WARNER CABL CABLE PAY ****395615 SPA | 287.89 |
| 3/19 | CCD DEBIT, ADP TX/FINCL SVC ADP - TAX ****58024891ZNG | 62.65 |
| 3/20 | CCD DEBIT, ADP PAYROLL FEES ADP - FEES 2RZNG  8502159 | 197.50 |
| 3/23 | DEBIT CARD PURCHASE, *****04009307962, AUT 031915 VISA DDA PUR<br>EXXONMOBIL  47981121    ENGLEWOOD    * NJ | 27.00 |
| 3/25 | DEBIT CARD PURCHASE, *****04009307962, AUT 032315 VISA DDA PUR<br>CONCRETE POLISHING ASSOC  248 8483778  * MD | 160.00 |
| 3/25 | DEBIT CARD PURCHASE, *****04009307962, AUT 032315 VISA DDA PUR<br>VALERO MAHWAH        MAHWAH      * NJ | 34.00 |
| 3/27 | DEBIT CARD PURCHASE, *****04009307962, AUT 032615 VISA DDA PUR<br>DASH LOCK  KEY SERVICE   914 3426611  * NY | 129.75 |
| 3/27 | CCD DEBIT, ADP PAYROLL FEES ADP - FEES 2RZNG  8800126 | 98.75 |

---

## Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## Bank
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

POLONIA TOWERS LLC
DIP CASE 14-44562 EDNY

Page:                    4 of  6
Statement Period:    Mar 01 2015-Mar 31 2015
Cust Ref #:
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/27 | DEBIT CARD PURCHASE, *****04009307962, AUT 032515 VISA DDA PUR EXXONMOBIL  47981121      ENGLEWOOD   * NJ | 40.00 |
| 3/27 | DEBIT CARD PURCHASE, *****04009307962, AUT 032615 VISA DDA PUR AYRES AND GALLOWAY      MIDDLETOWN   * NY | 21.60 |
| 3/30 | DEBIT CARD PURCHASE, *****04009307962, AUT 032915 VISA DDA PUR LUKOIL 57294        UNION CITY   * NJ | 33.14 |
| 3/30 | DEBIT CARD PURCHASE, *****04009307962, AUT 032715 VISA DDA PUR 1PIERRPORTPL GAR461Q13    BROOKLYN   * NY | 29.00 |
| 3/31 | DEBIT POS, *****04009307962, AUT 033015 DDA PURCHASE AMAZON COM        SEATTLE   * WA | 8.31 |
| | Subtotal: | 7,285.77 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/31 | DEP RETURN CHARGEBACK | 325.00 |
| 3/31 | DEP RETURN FEE | 15.00 |
| | Subtotal: | 340.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 2/28 | 16,315.35 | 3/17 | 8,652.09 |
| 3/2 | 16,080.25 | 3/18 | 9,616.08 |
| 3/3 | 16,475.10 | 3/19 | 5,918.54 |
| 3/4 | 17,475.10 | 3/20 | 7,321.04 |
| 3/5 | 17,374.77 | 3/23 | 6,654.04 |
| 3/6 | 18,263.06 | 3/25 | 6,785.04 |
| 3/9 | 17,775.56 | 3/27 | 6,819.94 |
| 3/10 | 10,342.36 | 3/30 | 6,757.80 |
| 3/12 | 8,941.60 | 3/31 | 6,409.49 |
| 3/16 | 8,052.09 | | |

---



APR-09-2015   14:28       POLONIA                        718  728  7750     P.019/032



**Bank**
America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

POLONIA TOWERS LLC
DIP CASE 14-44562 EDNY

Page:                    5 of  6
Statement Period:    Mar 01 2015-Mar 31 2015
Cust Ref #:
Primary Account #:



#147    3/09    $487.50          #148    3/04    $200.00

#149    3/23    $160.00          #151    3/03    $368.00

#152    3/03    $400.00          #153    3/10    $4,848.00

#156    3/23    $480.00          #50002    3/10    $481.20

#50003    3/10    $481.22        #50004    3/12    $481.22



**America's Most Convenient Bank®**

E        STATEMENT OF ACCOUNT

POLONIA TOWERS LLC
DIP CASE 14-44562 EDNY

Page:                          6 of  6
Statement Period:    Mar 01 2015-Mar 31 2015
Cust Ref #:
Primary Account #: 





#50005   3/12   $481.22          #50006   3/19   $911.73

APR-09-2015    14:29        POLONIA                          718 728 7750    P.021/032



**Close Window**

## Check Images

⊹ **Print this page**

| | | |
|---|---|---|
| Account: | x7290 - CHAPTER 11 CHECKING |
| Check Number: | 152 |
| Date Posted: | 3/3/2015 |
| Amount: | $400.00 |

Zoom In 🔍  Zoom Out 🔍

**POLONIA TOWERS LLC DIP**
**DIP # 1-13-40821-ESS**
4502 DITMARS BLVD SUITE 1008
ASTORIA, NY 11105

152
1-1367/260
436

3/1/15   Date

Pay to the
Order of   Gerardo Sanchez        $ 400.00

Four hundred                        Dollars

**TD Bank**
America's Most Convenient Bank®

For   Jan Henry

⑈026013673⑈  ███████████  0152

543654186109 170318    20150303 00000000·███████
DDA_DEBIT      SUNTARU      40000
Astoria 0436          94004 5436 12 0236

APR-09-2015  14:29        POLONIA                          718 728 7750     P.022/032

# **TD** Bank
America's Most Convenient Bank®

Close Window

## Check Images

⌐ Print this page

|  |  |
|---|---|
| Account: | x7290 - CHAPTER 11 CHECKING |
| Check Number: | 151 |
| Date Posted: | 3/3/2015 |
| Amount: | $368.00 |

Zoom In 🔍  Zoom Out 🔍

POLONIA TOWERS LLC DIP
DIP # 1-13-40821-ESS
4502 DITMARS BLVD SUITE 1008
ASTORIA, NY 11105

151
1-1367/260
436

Date  '3-1-15

Pay to the
Order of   LUIS ROMAN                          $ 368.00

THREE HUNDRED SIXTY EIGHT + 00/100 ———— Dollars

## **TD** Bank
America's Most Convenient Bank®

For _____

⑈O 260 1367 3⑈                    0151

PAY TO THE
...FINANCIAL BANK
FOR DEPOSIT ONLY
PLS CHECK CASHERS OF NEW YORK, INC.
CC921 JEROME
ACC.7803936938
Licensed Casher of Checks

PLS MB Fina...
al New York Check Cashers
C921 Jerome
or Deposit Only

APR-09-2015    14:29        POLONIA                      718 728 7750      P.023/032



America's Most Convenient Bank®                                    **Close Window**

## Check Images                                          ⊷ Print this page

|  |  |
|---|---|
| Account: | x7290 - CHAPTER 11 CHECKING |
| Check Number: | 148 |
| Date Posted: | 3/4/2015 |
| Amount: | $200.00 |

Zoom In 🔍   Zoom Out 🔍

**POLONIA TOWERS LLC DIP**                                        **148**
**DIP # 1-13-40821-ESS**                                          1-1367/260
**4602 DITMARS BLVD SUITE 1006**                                  436
**ASTORIA, NY 11105**                          3-1-15
                                                   ‾‾‾‾‾‾‾‾‾
                                                      Date

Pay to the   *GERARDO CONTRERAS*                        | $ *200.00*
Order of

*Two  Hundred  + 06/100* ——————————————           Dollars  🔒  Security
                                                                  Features
                                                                  Details on
                                                                  Back.

**D Bank**
America's Most Convenient Bank®

For _____   _____   MP

⑆026013673⑆   ████████████████████   0148



APR-09-2015   14:29        POLONIA                      718 728 7750      P.024/032

# TD Bank
America's Most Convenient Bank®

Close Window

## Check Images

⊢ Print this page

|  |  |
|---|---|
| Account: | x7290 - CHAPTER 11 CHECKING |
| Check Number: | 147 |
| Date Posted: | 3/9/2015 |
| Amount: | $487.50 |

Zoom In 🔍   Zoom Out 🔍

---

**POLONIA TOWERS LLC DIP**
**DIP # 1-13-40821-ESS**
4602 DITMARS BLVD SUITE 1008
ASTORIA, NY 11105

147
1-1367/268
436

Date  3-5-15

Pay to the
Order of  *Ghibs INTERNATIONAL, LLC*  | $ 487.50

*FOUR HUNDRED EighTy SEVEN + 50/100* —————— Dollars

## TD Bank
America's Most Convenient Bank®

For #483

⑈026013673⑈            0147

Seq: 36
Batch: 598019
Date: 03/07/15

Seq:00036 03/07/15
BAT:598019 CC:4870029970
WT:01 LTPS:Jacksonville
BC:East Hampton BC NY5-282

APR-09-2015 _ 14:29          POLONIA                          718 728 7750    P.025/032



**Close Window**

## Check Images

⇥ Print this page

| | |
|---|---|
| **Account:** | x7290 - CHAPTER 11 CHECKING |
| **Check Number:** | 149 |
| **Date Posted:** | 3/23/2015 |
| **Amount:** | $160.00 |

Zoom In ⊕    Zoom Out ⊖

**POLONIA TOWERS LLC DIP**
**DIP # 1-13-40821-ESS**
**4502 DITMARS BLVD SUITE 1008**
**ASTORIA, NY 11106**

149
1-9367/260
436

3 - 1 - 15
Date

Pay to the
Order of    *Julio Loayza*                    $ 160.00

*One Hundred Sixty + 00/100* ———————    Dollars

**TD Bank**
America's Most Convenient Bank®

For _____                    №

⑆026013673⑆  ▮▮▮▮▮▮▮▮    0149

20150373 004800599690 06000431006

*Julio Loayza*



America's Most Convenient Bank®

Close Window

## Check Images

↦ Print this page

| Account: | x7290 - CHAPTER 11 CHECKING |
|---|---|
| Check Number: | 153 |
| Date Posted: | 3/10/2015 |
| **Amount:** | **$4,848.00** |

Zoom In 🔍    Zoom Out 🔍

---

**POLONIA TOWERS LLC DIP**
**DIP # 1-13-40821-ESS**
4502 DITMARS BLVD SUITE 1008
ASTORIA, NY 11105

153
1-1367/260
436

Date    3-9-15

Pay to the
Order of    ELEGANT                    $ 4,848.00

FOUR Thousand Eight Hundred Forty Eight & 00/100 Dollars

**TD Bank**
America's Most Convenient Bank®

For

⑆026013673⑆ ▮▮▮▮▮▮ 0153

⑈22370448 03/10/2015 4301
001 734 20150310 4301 37

Elegant Concrete Polishing
For Deposit Only

APR-09-2015   14:30      POLONIA         718 728 7750    P.027/032

 **Bank**
America's Most Convenient Bank®

<u>Close Window</u>

## Check Images

→ <u>Print this page</u>

| | |
|---|---|
| Account: | x7290 - CHAPTER 11 CHECKING |
| Check Number: | 156 |
| Date Posted: | 3/23/2015 |
| Amount: | $480.00 |

<u>Zoom In</u> ⊕   <u>Zoom Out</u> ⊖

**POLONIA TOWERS LLC DIP**
**DIP # 1-13-40821-ESS**
4602 DITMARS BLVD SUITE 1006
ASTORIA, NY 11105

**156**
1-1367/260
438

3-21-15
Date

Pay to the Order of   *GERARDO CONTRERAS*    | $ *480.00*

*FOUR HUNDRED EIGHTY + 00/100*     **Dollars** 🔒 Security Features Details on Back.

 **Bank**
America's Most Convenient Bank®

For

⑈026013673⑈    ▇▇▇▇▇▇▇▇▇▇    0156

JPMorganChaseBank 032301 003354


# Bank
America's Most Convenient Bank®

Close Window

## Check Images

Print this page

Account:    x7290 - CHAPTER 11 CHECKING

Check Number:    50003

Date Posted:    3/10/2015

**Amount:**    **$481.22**

Zoom In    Zoom Out



APR-09-2015 _ 14:30          POLONIA                          718 728 7750    P.029/032



**Bank**

America's Most Convenient Bank®

Close Window

## Check Images

↳ Print this page

Account: **x7290 - CHAPTER 11 CHECKING**

Check Number: **50002**

Date Posted: **3/10/2015**

**Amount: $481.20**

Zoom In 🔍   Zoom Out 🔍





**Close Window**

## Check Images

↳ Print this page

Zoom In 🔍  Zoom Out 🔍

|  |  |
|---|---|
| **Account:** | x7290 – CHAPTER 11 CHECKING |
| **Check Number:** | 50004 |
| **Date Posted:** | 3/12/2015 |
| **Amount:** | $481.22 |



https://businessonline.tdbank.com/CorporateBankingWeb/Core/CustomerService/Ch...

APR-09-2015   14:31          POLONIA                              718 728 7750      P.031/032



America's Most Convenient Bank®

<u>Close Window</u>

## Check Images

↦ <u>Print this page</u>

|  |  |
|---|---|
| Account: | x7290 - CHAPTER 11 CHECKING |
| Check Number: | 50005 |
| Date Posted: | 3/12/2015 |
| **Amount:** | **$481.22** |

Zoom In 🔍   Zoom Out 🔍



https://businessonline.tdbank.com/CorporateBankingWeb/Core/Customer...

APR-09-2015  14:31        POLONIA                              718 728 7750   P.032/032



**America's Most Convenient Bank®**

Close Window

## Check Images

⤏ Print this page

Account: **x7290 – CHAPTER 11 CHECKING**

Check Number: **50006**

Date Posted: **3/19/2015**

Amount: **$911.73**

Zoom In 🔍   Zoom Out 🔍

---

POLONIA TOWERS LLC.
4502 Owners Blvd Suite 1000
Astoria, NY 11105

Payroll Check Number: 50006.
Pay Date:          03/20/2015.

1-1367/260

Pay to the
order of:      **Maritza Alvarez**

This amount:   NINE HUNDRED ELEVEN AND 73/100                    **$911.73**

TD Bank

Maritza Alvarez
20-62 49th ST
Astoria, NY 11105

⑈**50006**⑈

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK  ■  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT  ■

A04914170

543639272162 151018   20150319 00000000
DDA_DEBIT      GLAIOS        91173
Astoria 0436      94004 5436 10  0138

---